# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Alexander True Norman**<br>DOB: 1996; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**19-02949MJ** |

Complaint for violation of Title 18, United States Code § 2422(b)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

From on or about February 15, 2019, at or near Sierra Vista, in the District of Arizona and elsewhere, **Alexander True NORMAN**, using the mail and any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who has not attained the age of eighteen to engage in sexual activity for which any person can be charged with a criminal offense, to wit: Sexual Conduct with a Minor, under Arizona State Revised Statute 13-1405; All in violation of Title 18, United States Code Section 2422(b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about February 15, 2019, while conducting an investigation in an attempt to locate those in the Sierra Vista area who were interested in sexual activities with underage persons, a law enforcement officer (LEO) acting in an undercover capacity, provided an undercover profile online and chatted with individuals on various internet applications.

On February 15, 2019, the undercover LEO began exchanging instant messages with an individual using the screen name "uofastud." The suspect, who was later identified as Alexander True NORMAN, identified himself as an individual living in Tucson, Arizona. NORMAN stated in his opening instant message to the undercover LEO, "kiiiiiiinda want to pin you down as you struggle and fill you with my hot cum until you can't form a coherent thought, let alone resist me." During ongoing conversations between the LEO and NORMAN, the LEO stated that she was 14 years old. Throughout the conversations the undercover LEO made statements to NORMAN reminding him that he was speaking with a minor. NORMAN continued to describe explicit sexual acts he wanted to perform. NORMAN also asked the undercover LEO about her previous sexual experiences. During the exchange of messages NORMAN sent a nude image of an adult male with his genitals exposed and the face obscured.

Agents also discovered that NORMAN instant messaged at least one other LEO using an undercover screen name, this LEO was also posing as 14-year-old minor. NORMAN indicated he wanted to perform the similar sexual acts with the other thought to be minor.

CONTINUED ON THE REVERSE SIDE.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Adam D. Rossi<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* *ADR* | SIGNATURE OF COMPLAINANT<br><br><br>OFFICIAL TITLE & NAME:<br>Special Agent Daniel Sutcliffe<br>Homeland Security Investigations |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>2-19-2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

On February 15, 2019, NORMAN agreed to meet the minor female that evening at a location in Sierra Vista. NORMAN arrived at the agreed upon location at the time he indicated he would be there and was arrested by agents from Homeland Security Investigations (HSI). In a search incident to arrest NORMAN was found to have condoms in his possession that were requested by the undercover LEO.

After waiving his *Miranda* rights, NORMAN stated that he came to the meet location for the purposes of having sex with the underage minor. NORMAN stated that he knew she was under the age of 18 and told the undercover LEO during the chat that it didn't matter to him. NORMAN described the sexual acts that he wanted to perform with the 14-year-old minor, which matched what he described in the chats. NORMAN stated that he brought condoms to the meet location and that they were in his wallet.